FRANK NORDONE CONTRACTING Co., INC., Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued May 23, 1946; decided June 14, 1946.

*Frank H. Connelly, Jr.,* for respondent.

*John J. Bennett, Corporation Counsel (Seymour B. Quel, Stanley Buchsbaum* and *David M. Fuchs* of counsel), for appellant.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.